# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2772

_____

United States of America,                      *
                                                *
            Appellee,                           *
                                                *
v.                                              *
                                                *
Jacen Lile Bridges,                             *
                                                *
            Appellant.                          *
_____                                     *

No. 07-2775

_____

United States of America,                      *    [UNPUBLISHED]
                                                *
            Appellee,                           *
                                                *
v.                                              *
                                                *
Katrina Elizabeth Griffin, also known          *
as Katrina Sartor,                              *
                                                *
            Appellant.                          *

Appeals from the United
States District Court for the
Eastern District of Missouri.

_____

Submitted: March 13, 2008
Filed: March 24, 2008

_____

Before MURPHY, BRIGHT, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jacen Lile Bridges and Katrina Griffin were indicted in October 2004 for conspiring to distribute more than a kilogram of heroin. They eventually moved to dismiss for violation of the Speedy Trial Act, and the district court[1] granted their motions in July 2007 and dismissed the indictments against them without prejudice. Bridges and Griffin appeal, arguing that the dismissals should have been with prejudice. The United States contends that their appeals should be dismissed because the district court order dismissing their indictment is not a final order within the meaning of 28 U.S.C. § 1291. Because these appeals are neither from a final judgment nor fit within the collateral order exception, see United States v. Holub, 944 F.2d 441 (8th Cir. 1991), they are dismissed for lack of jurisdiction.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.